E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Magdaleno SALAZAR,<br><br>   Petitioner,<br><br>  v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>   Respondent. | Case Number 3-12-cv-5431-WHA<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

  Petitioner was convicted and sentenced to death in Los Angeles Superior Court. *People v. Salazar*, No. S077524 (Cal. filed Mar. 12, 1999). This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D. Cal. Habeas L.R. 2254-22(c).

  In addition, Document No. 2 is an internal document that should not have been docketed. Accordingly, the Clerk is directed to remove Document No. 2 from the docket.

                        *It is so ordered.*

DATED: October ___, 2012

                     WILLIAM H. ALSUP
                     United States District Judge

Case No. 3-12-cv-5431-WHA
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(DPSAGOK)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MAGDALEON SALAZAR,

        Plaintiff,

v.

KEVIN CHAPPELL,

        Defendant.

Case Number: CV12-05431 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magdaleno Salazar P-34200
San Quentin Prison
San Quentin, CA 94974

Attorney General
State of California
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102

Kevin Chappell, Acting Warden
California State Prison at San Quentin
San Quentin, CA 94964

Michael Millman
CA Appellate Project
101 Second St., Suite 600
San Francisco, CA 94105

Michael D. Laurence
Habeas Corpus Resource Center
303 Second St., #N400
San Francisco, CA 94107

Office of the State Public Defender
221 Main Street, 10th Floor
San Francisco, CA 94105

U Court of Appeals for the Ninth Circuit
James R. Browning United States Courthouse
95 Seventh St
San Francisco, CA 94103

Dated: October 26, 2012

                                              Richard W. Wieking, Clerk
                                              By: Dawn Toland, Deputy Clerk